441 A.2d 440

Commonwealth v. Eberts, Appellant.

Reargument Denied Jan. 2, 1982.

Petition for Allowance of Appeal Denied March 18, 1982.

Submitted March 19, 1980. John D. Kuhn, submitted a brief on behalf of appellant; Theodore B. Smith, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

438 A.2d 625

Commonwealth v. Jennings, Appellant.

Submitted March 11, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, DiSALLE and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.